| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steven Jay Katzman (SBN 132755)<br>skatzman@bklwlaw.com<br>**BIENERT KATZMAN LITTRELL WILLIAMS LLP**<br>903 Calle Amanecer, Suite 350<br>San Clemente, California 92673<br>Telephone: (949) 369-3700<br>Facsimile: (949) 369-3701<br><br><br>☐ *Individual appearing without attorney*<br>☒    *Attorney for* Pacific Commercial Group, LLC, Baek Family Partnership, LLC, Baek 124, LLC, Baek Holdings, LLC, Baek 153, LLC, RGJ Baek, LLC, Richard Baek, and Grace Baek | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re: JOHN OLAF HALVORSON,<br><br><br>Debtor(s). | CASE NO.:  8:15-BK-13556-SC<br>CHAPTER: 7<br>ADVERSARY NO.: 15-ap-01382-SC |
|---|---|
| BAEK 124th LLC, *et al.*,<br><br>Plaintiff(s),<br><br>vs.<br><br>JOHN OLAF HALVORSON,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion[1]*):  **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT (DKT. 265) AND ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (DKT. 283)** |

PLEASE TAKE NOTE that the judgment titled JUDGMENT was lodged on (*date*) March 14, 2026 and is attached. This Judgment relates to the Order Granting Motion for Summary Judgment which is docket 265; Order Granting Motion for Leave to File Second Amended Complaint which is docket 283; and the Second Amended Complaint which is docket number 285.

---

[1] Please abbreviate if title cannot fit into text field.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Steven Jay Katzman (SBN 132755)
skatzman@bklwlaw.com
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

Kyle Kveton (SBN 110805)
kyle@kvetonlaw.com
**LAW OFFICE OF KYLE KVETON**
680 E. Colorado Boulevard, Suite 180
Pasadena, California 91101
Telephone: (626) 770-5066

Attorneys for *Plaintiffs*
Baek 124th, LLC, Baek 153, LLC, Baek Ainsworth Property, LLC,
Baek Development LLC, Baek Holdings, LLC, Baek Family Partnership, LLC,
Baek Uptown Property, LLC, Pacific Commercial Group, LLC, RGJ Baek, LLC,
Grace Baek, and Richard Baek

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.  8:15-bk-13556-SC |
| JOHN OLAF HALVORSON, | Chapter 7 |
| Debtor. | Adv. No.: 15-ap-01382-SC |
| | **JUDGMENT** |
| BAEK 124th LLC, *et al.*, | |
| Plaintiffs, | |
| v. | |
| JOHN OLAF HALVORSON, | |
| Defendant. | |

JUDGMENT

Based upon the order on *Motion for Summary Judgment* Dkt. No. 265 the Court **HEREBY ENTERS JUDGMENT** in favor of plaintiffs Baek 124th, LLC; Baek 153, LLC; Baek Ainsworth Properties, LLC; Baek Development, LLC; Baek Holdings, LLC; Baek Family Partnership, LLC; Baek Uptown Property, LLC; Pacific Commercial Group, LLC; RGJ Baek, LLC; Grace Baek; and Richard Baek (collectively, the "Plaintiffs"), against defendant John Olaf Halvorson ("Halvorson"), as follows:

1.     On February 10, 2015, the Circuit Court of the State of Oregon, Multnomah County entered a prepetition judgment against Halvorson. Case No. 1309-12855 ("Oregon Judgment").

2.     On February 25, 2015, Plaintiffs filed an action in the Superior Court of California, County of Orange to register the Oregon Judgment in California and filed an Application for Entry of Judgment on Sister-State Judgment. On February 25, 2025, the Honorable David Hesseltine granted Plaintiffs' application to renew the sister-state judgment. Case No. 30-2015-00773559-CUY-EN-CJC, ROA 135 ("Sister State Judgment").

3.     Because the Oregon Judgment (and the related Sister State Judgment) represent debts arising from "willful and malicious injury by the debtor to another entity or to the property of another entity," they are excepted from Halvorson's discharge pursuant to 11 U.S.C. § 523(a)(6), including:

    a.     $750,000 in attorney fees, $8,116.13 in damages, and $26,706.62 in costs, for a total amount of $785,972.75; and

    b.     Postjudgment interest accruing at nine percent per annum, pursuant to ORS 82.010.

4.     Each side will bear its own costs.

### 

1

JUDGMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

903 Calle Amanecer, Suite 350
San Clemente, California 92673

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 14, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 14, 2026 | Elizabeth Garcia | /s/ Elizabeth Garcia |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING

**Christopher N Coyle on behalf of Plaintiff Baek Holdings, LLC**
chris@vbcattorneys.com, vbcattorney4@yahoo.com

**Marc C Forsythe on behalf of Defendant John Olaf Halvorson**
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com

**Jeffrey I Golden on behalf of Trustee Weneta M.A. Kosmala (TR)**
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

**D Edward Hays on behalf of Defendant John Olaf Halvorson**
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

**Steven J. Katzman on behalf of Plaintiff Baek 124th, LLC**
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

**Steven J. Katzman on behalf of Plaintiff Baek 153, LLC**
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

**Steven J. Katzman on behalf of Plaintiff Baek Ainsworth Property, LLC**
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

**Steven J. Katzman on behalf of Plaintiff Baek Development, LLC**
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

**Steven J. Katzman on behalf of Plaintiff Baek Family Partnership**
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

**Steven J. Katzman on behalf of Plaintiff Baek Holdings, LLC**
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

**Steven J. Katzman on behalf of Plaintiff Baek Uptown Property, LLC**
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

**Steven J. Katzman on behalf of Plaintiff Pacific Commercial Group, LLC**
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

**Steven J. Katzman on behalf of Plaintiff RGJ Baek,** LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

**Steven J. Katzman on behalf of Plaintiff Grace Baek**
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

**Steven J. Katzman on behalf of Plaintiff Richard Baek**
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

**Weneta M.A. Kosmala (TR)**
ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**Kyle Kveton on behalf of Plaintiff Baek 124th, LLC**
kyle@kvetonlaw.com, mecheverria@romalaw.com

**Kyle Kveton on behalf of Plaintiff Baek 153, LLC**
kyle@kvetonlaw.com, mecheverria@romalaw.com

**Kyle Kveton on behalf of Plaintiff Baek Ainsworth Property, LLC**
kyle@kvetonlaw.com, mecheverria@romalaw.com

**Kyle Kveton on behalf of Plaintiff Baek Development, LLC**
kyle@kvetonlaw.com, mecheverria@romalaw.com

**Kyle Kveton on behalf of Plaintiff Baek Family Partnership**
kyle@kvetonlaw.com, mecheverria@romalaw.com

**Kyle Kveton on behalf of Plaintiff Baek Holdings, LLC**
kyle@kvetonlaw.com, mecheverria@romalaw.com

**Kyle Kveton on behalf of Plaintiff Baek Uptown Property, LLC**
kyle@kvetonlaw.com, mecheverria@romalaw.com

**Kyle Kveton on behalf of Plaintiff Pacific Commercial Group, LLC**
kyle@kvetonlaw.com, mecheverria@romalaw.com

**Kyle Kveton on behalf of Plaintiff RGJ Baek, LLC**
kyle@kvetonlaw.com, mecheverria@romalaw.com

**Kyle Kveton on behalf of Plaintiff Grace Baek**
kyle@kvetonlaw.com, mecheverria@romalaw.com

**Kyle Kveton on behalf of Plaintiff Richard Baek**
kyle@kvetonlaw.com, mecheverria@romalaw.com

**Charity J Manee on behalf of Defendant John Olaf Halvorson**
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

**Carlos A Nevarez on behalf of Interested Party Courtesy NEF**
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

**Carlos A Nevarez on behalf of Plaintiff Baek 124th, LLC**
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

**Carlos A Nevarez on behalf of Plaintiff Baek 153, LLC**
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

**Carlos A Nevarez on behalf of Plaintiff Baek Family Partnership**
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

**Carlos A Nevarez on behalf of Plaintiff Baek Holdings, LLC**
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

**Carlos A Nevarez on behalf of Plaintiff Pacific Commercial Group, LLC**
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

**Carlos A Nevarez on behalf of Plaintiff RGJ Baek, LLC**
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**Carlos A Nevarez on behalf of Plaintiff Grace Baek**
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

**Carlos A Nevarez on behalf of Plaintiff Richard Baek**
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

**Faye C Rasch on behalf of Interested Party Courtesy NEF**
faye@wrlawgroup.com, travis@wrlawgroup.com;oa@wrlawgroup.com

**Corey B Tolliver on behalf of Defendant John Olaf Halvorson**
ctolliver@vital-enterprises.com, 4394866420@filings.docketbird.com

**Corey B Tolliver on behalf of Defendant Marc C Forsythe**
ctolliver@vital-enterprises.com, 4394866420@filings.docketbird.com

**Corey B Tolliver on behalf of Interested Party Courtesy NEF**
ctolliver@vital-enterprises.com, 4394866420@filings.docketbird.com

**Corey B Tolliver on behalf of Trustee Weneta M.A. Kosmala (TR)**
ctolliver@vital-enterprises.com, 4394866420@filings.docketbird.com

**United States Trustee (SA)**
ustpregion16.sa.ecf@usdoj.gov

**Anne A Uyeda on behalf of Plaintiff Baek 124th, LLC**
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

**Anne A Uyeda on behalf of Plaintiff Baek 153, LLC**
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

**Anne A Uyeda on behalf of Plaintiff Baek Family Partnership**
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

**Anne A Uyeda on behalf of Plaintiff Baek Holdings, LLC**
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

**Anne A Uyeda on behalf of Plaintiff Pacific Commercial Group, LLC**
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

**Anne A Uyeda on behalf of Plaintiff RGJ Baek, LLC**
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

**Anne A Uyeda on behalf of Plaintiff Grace Baek**
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

**Anne A Uyeda on behalf of Plaintiff Richard Baek**
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**